**Electronically Filed**
**Supreme Court**
**SCWC-10-0000206**
**23-APR-2014**
**08:49 AM**

SCWC-10-0000206

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FREEDUS W. WILTON, II, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000206; S.P.P. NO. 01-1-0006(1); CR. NO. 97-0050)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Crandall, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant Freedus W. Wilton, II's

application for writ of certiorari filed on March 17, 2014, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 23, 2014.

Keith S. Shigetomi
for petitioner

Peter A. Hanano
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Virginia L. Crandall

